# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROSE MCCANTS, *et al.*,** | : |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION NO. 16-00546-B |
| **CITY OF MOBILE, *et al.*,** | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendants' Motions to Dismiss Plaintiffs' Complaint are **GRANTED**. It is **ORDERED** that all of Plaintiffs' claims are **DISMISSED** with prejudice.

**DONE** this **29th** day of **September, 2017.**

                                               **/s/ SONJA F. BIVINS**
                                 **UNITED STATES MAGISTRATE JUDGE**